IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 20-cv-03339-RM-GPG

MARK JAY KRUM,

    Plaintiff,

v.

CHUBB INSURANCE COMPANY, d/b/a CHUBB GROUP;
GREAT NORTHERN INSURANCE COMPANY;
STEVEN W. MORTENSEN;
MATTHEW WITCHER;
PERSONAL RISK MANAGEMENT SOLUTIONS, LLC; and
DALE KRUPOWICZ,

    Defendants.

---

## ORDER
---

By Order to Show Cause dated November 12, 2020, the Court ordered Plaintiff to show cause why this action should not be dismissed without prejudice for failure to plausibly allege that diversity subject matter jurisdiction exists. *See Amazon, Inc. v. Dirt Camp, Inc.*, 273 F.3d 1271, 1276 (10th Cir. 2001) (A federal court has an independent obligation to examine its own jurisdiction at every stage of the proceeding.). Plaintiff's response was due by Friday, November 27, 2020. No response has been filed, and the time to do so has passed. Accordingly, having failed to show cause, it is ORDERED

    (1) That the Order to Show Cause (ECF No. 6) is MADE ABSOLUTE;

    (2) That this action is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction;

    (3) That the Clerk shall enter JUDGMENT in favor of Defendants and against Plaintiff;

and

(4) That the Clerk shall close this case.

DATED this 1st day of December, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge